IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br>vs.<br><br>STARLA PAIGE STAMEY,<br><br>   *Defendant.* | DOCKET NO. 1:25 CR 32<br><br>**UNOPPOSED MOTION TO CONTINUE RULE 12(b)(1)-(3) MOTIONS DEADLINE** |

  Starla Paige Stamey, by and through her counsel of record, Assistant Federal Public Defender Emily M. Jones, respectfully requests to extend the F.R.C.P. 12(b)(1)-(3) motions deadline, which is scheduled for today, November 18, 2025, for additional time to review discovery materials, as well as to research the legal issues presented by her case. As grounds therefore, it is averred:

  1. Ms. Stamey was arraigned on June 11, 2025. She had been charged by Bill of Indictment with the possession, production, distribution, and receipt of child pornography, under 18 U.S.C. § 2252A(a)(5)(B) and (a)(2)(A), as well as 18 U.S.C. § 2251(a).

  2. The Court's Arraignment Order filed on June 11, 2025 indicated that the Federal Rule of Criminal Procedure 12(b)(1)-(3) motions deadline for Ms. Stamey was 30 days from the date of the order. Ms. Stamey requested and was granted continuances of her pretrial motions deadline until today.

3. Defense counsel needs additional time to review discovery materials with Ms. Stamey and to conduct any necessary legal research to determine whether pretrial motions are appropriate. Discovery thus far in this case consists of nearly 22,000 pages of documents as well as numerous recordings. Of the nearly 22,000 pages, over 9,500 pages were produced to defense counsel approximately one month ago. Following the completion of defense counsel's review and her research, she needs more time to consult with Ms. Stamey about how she wants to proceed, including conducting plea negotiations with the Government and conveying any plea offers to Ms. Stamey.

4. The defense believes that additional time is necessary in order to effectively exercise Ms. Stamey's constitutional rights and that a failure to grant the requested continuance would result in a miscarriage of justice.

5. Ms. Stamey requests that this Court modify its requirement under Rule 12(b)(1)-(3) and extend the pretrial motions deadline until December 19, 2025.

6. Assistant United States Attorney Alexis Solheim does not oppose the granting of this motion.

**WHEREFORE,** Starla Paige Stamey requests an extension of her Rule 12(b)(1)-(3) motions deadline until December 19, 2025.

Respectfully submitted:

<u>s/ Emily M. Jones</u>
Emily M. Jones
N.C. Bar No. 35720
Assistant Federal Public Defender
Attorney for Starla Paige Stamey

Federal Public Defender for the Western District of North Carolina
1 Page Avenue, Suite 210
Asheville, NC 28801
Phone: (828) 232-9992
Fax: (828) 232-5575
emily_m_jones@fd.org

Date: November 18, 2025